IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHERYL RUTKOWSKI,
7918 Central Park Circle
Alexandria, VA 22309,

    Plaintiff,

v.

REGENCY MANAGEMENT SERVICES, LLC,
7900 Cedarville Road
Brandywine, MD 20613,

    <u>Serve On:</u>
    Paul J. Schwab, III
    101 East Chesapeake Avenue
    5th Floor
    Baltimore, MD 21286

    Defendant.

CIVIL ACTION NO.: _____

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Cheryl Rutkowski ("Plaintiff" or "Ms. Rutkowski") files this Complaint against Defendant Regency Management Services, LLC ("Defendant" or "Regency") under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, the Maryland Fair Employment Practices Act ("FEPA"), Md. Code, State Gov't § 20-601, *et seq.*, and Maryland common law for damages arising from the unlawful discrimination and hostile work environment in her employment on the basis of Ms. Rutkowski's sex and retaliation following her complaints regarding said discrimination, including her unlawful discharge.

### I.    PARTIES

1.    Plaintiff Cheryl Rutkowski is domiciled in the Commonwealth of Virginia and is a citizen of the Commonwealth of Virginia.